UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


CaRissa Willis,                                                    Case No. 3:26-cv-630

              Plaintiff,

    v.                                                             ORDER


YMCA of Findlay, Ohio, et al.,

              Defendants.


Because Plaintiff has been authorized to proceed *in forma pauperis*, (Doc. No. 7), the burden of perfecting service on Defendants is transferred to the United States Marshals Service.  *See* Fed. R. Civ. P. 4(c)(3).  Therefore, at this stage in the litigation, I would generally order the United States Marshals Service to serve Defendants.  But because counsel has appeared on behalf of Defendants, it appears they have notice of the litigation and a copy of the Complaint.

Under Rule 4 of the Federal Rules of Civil Procedure, "[a]n individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons."  Fed. R. Civ. P. 4(a)(1).  Accordingly, Rule 4 offers the incentive of an extended response period to defendants who agree to waive service.  *Id.* at (a)(3).  And for defendants who refuse to waive service, Rule 4 imposes penalties, including requiring the defendant to incurred the expense making service.  *Id.* at (a)(2).

While Plaintiff herself has not requested Defendants waive service, I make this request now on behalf of the United States Marshals Service.  Should Defendants accept this request, they shall file a notice of waiver of service on or before **June 24, 2026**, and may then file their response or

responses to the Complaint on or before **August 7, 2026**.  If Defendants decline to waive service by

**June 24, 2026**, service will be perfected by the United States Marshals Service, the cost incurred by

the United States Marshals Service will be imposed on Defendants, and Defendants' response or

responses will be due "within 21 days after being served with the summons and complaint."  Fed. R.

Civ. P. 12(a)(1)(A)(i).


    So Ordered.


s/ Jeffrey J. Helmick
United States District Judge